Andrew T. Koenig, SBN: 158431
Attorney at Law
353 Sanjon Road
Ventura, CA 93001
Tel. 805 653-0284
FAX: 805 643-3062
Email: andrewtkoenig@hotmail.com

Attorney for plaintiff Amparo Vallejo

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| AMPARO VALLEJO, <br> Plaintiff, <br> v. <br> MICHAEL J. ASTRUE, COMMISSIONER OF SOCIAL SECURITY, <br> Defendant. | No. CV 07-1644-PJW <br><br> ORDER AWARDING ATTORNEY'S FEES AND COSTS PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT, 28 U.S.C. § 2412(d) |

Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"), IT IS ORDERED that Andrew T. Koenig, as counsel for Plaintiff and as Plaintiff's assignee, is awarded attorney fees under the Equal Access to Justice Act in the amount of FOUR-THOUSAND EIGHT-HUNDRED DOLLARS and NO CENTS ($4,800.00), as authorized by 28 U.S.C. § 2412(d), subject to the terms of the Stipulation.

Dated: 8/22/08

_Patrick J. Walsh_

UNITED STATES MAGISTRATE JUDGE